**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1261**

---

MICHAEL R. MORELAND,

Plaintiff - Appellant,

versus

STATE OF MARYLAND, and its instrumentalities,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-01-99-WMN)

---

Submitted:  July 26, 2001          Decided:  July 31, 2001

---

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael R. Moreland, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael R. Moreland appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Moreland v. Maryland</u>, No. CA-01-99-WMN (D. Md. filed Jan. 23, 2001; entered Jan. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>